# United States Court of Appeals
## For the First Circuit

Nos. 14-1622, 14-1724

NATIONAL LABOR RELATIONS BOARD,

Petitioner, Cross-Respondent,

v.

NSTAR ELECTRIC COMPANY,

Respondent, Cross-Petitioner.

**ERRATA SHEET**

The opinion of this Court issued on August 17, 2015 is amended as follows:

On page 21, footnote 11, line 4, underline "Oakwood Healthcare."
On page 48, line 14, change "TSS" to "TSSs."